# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARON MORRIS,
                 Appellant,

vs.

THE STATE OF NEVADA,
                 Respondent.

No. 84393

FILED

MAR 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal.

On March 11, 2022, appellant filed a notice of appeal in district court case number C-13-287414-4. However, this court's review of this appeal reveals jurisdictional defects. First, the notice of appeal was untimely filed from the judgment of conviction and amended judgment of conviction. The judgment of conviction was entered on November 29, 2017, and the amended judgment of conviction was entered on April 25, 2018. Appellant did not file the notice of appeal, however, until March 11, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Second, to the extent that appellant's appeal is in regard to the postconviction petition for a writ of habeas corpus filed in related district court case number A-22-849796-W, that district court case number was not designated in this notice of appeal. *See* NRAP 3(c)(1)(B) (requiring a notice of appeal to "designate the judgment, order or part thereof being appealed"). Lastly, no decision had been made on the petition when appellant filed his

22-09860

appeal, and thus, appellant's notice of appeal from the habeas corpus petition is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.          _____, J.
Cadish                        Pickering

cc:   Chief Judge, Eighth Judicial District Court
      Eighth Judicial District Court, Department 10
      Daron Morris
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

_____

[1]Appellant may file an appeal from the related district court case number A-22-849796-W when the district court enters a final order resolving that petition.